## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LE'MARC HOLCOMBE | § | |
| PLAINTIFF | § | |
| | § | |
| | § | |
| V. | § | Civil Action No.: 1:21-cv-_____ |
| | § | |
| UNION PACIFIC RAILROAD | § | |
| COMPANY | § | |
| DEFENDANT | § | |

## DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
## NOTICE OF REMOVAL

Defendant, Union Pacific Railroad Company, respectfully notifies this Court of its removal of this case to the United States District Court for the Western District of Texas. Removal is based upon federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441, and diversity jurisdiction under 28 U.S.C. § 1332. In support of its removal, Defendant states as follows:

1.      This action is being removed to Federal Court based upon federal question jurisdiction and diversity jurisdiction.

2.      Plaintiff filed his Petition in the above-entitled civil action in the 408th Judicial District Court of Bexar County, Texas, on December 16, 2020, and served the same on Defendant, on June 24, 2021. Therefore, Defendant has timely removed this matter. The action is wholly civil in nature, and the United States District Court for the Western District of Texas has original jurisdiction under 28 U.S.C. § 1331 and § 1332, and the action may be removed by Defendant pursuant to 28 U.S.C. § 1441(a).

**<u>Federal Question Jurisdiction</u>**

3.      This Court has federal question jurisdiction over the action because Plaintiff's Original Petition seeks relief under the Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, Genetic Information Nondiscrimination Act and the Age Discrimination in Employment Act.

**<u>Diversity Jurisdiction</u>**

4.      This Court also has diversity jurisdiction on information and belief, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, as Plaintiff's Original Petition states "Plaintiff seeks monetary relief of over $100,000 but less than $1,000,000…" (Original Petition at ¶ 4).

5.      Plaintiff's Petition alleges that he is a resident of Bexar County, the venue where he filed the Complaint. (Original Petition at ¶ 1). Thus, on information and belief, Plaintiff's domicile is in Texas, and he is a citizen of Texas.

6.      The citizenship of a corporation is both the state of its incorporation and the state of its principal place of business. 28 U.S.C. § 1332(c)(1). When determining a corporation's principal place of business for purposes of diversity jurisdiction, courts refer to the place where a corporation's officers direct, control, and coordinate the corporation's activities. *Hertz Corp. v. Friend,* 559 U.S. 77, 92-93 (2010). The principal place of business is where the corporation "maintains its headquarters—provided that the headquarters is the actual center of direction, control and coordination." *Id.* Union Pacific is a Delaware corporation, and its principal place of business is in Nebraska. As such, Union Pacific is a citizen of Delaware and Nebraska.

7.      Therefore, because no party is a citizen of the same state, there is complete diversity of citizenship under 28 U.S.C. § 1332(a).

**Removal is Timely**

8.      Defendant files this Notice of Removal pursuant to 28 U.S.C. § 1446 within 30 days of service of the Original Petition on or about June 24, 2021.

**Venue is proper in the Western District of Texas, San Antonio Division.**

9.      Venue is proper in the United States District Court for the Western District of Texas, San Antonio Division, because the 408th Judicial District Court of Bexar County is within this district and division.

10.     Defendant expressly reserves all defenses to Plaintiff's claims, including, but not limited to, all defenses based in law, equity, statute, constitution, jurisdiction, or immunity.

11.     Pursuant to 28 U.S.C. § 1446(d), Defendant is providing written notice of the filing of this Notice of Removal to all counsel of record and is filing a copy of this Notice of Removal with the Clerk of the District Court of Bexar County, Texas, in which the State Court Action was originally commenced.

12.     Attached as Exhibit "4" and incorporated by reference is a true and correct copy of the Plaintiff's Original Petition, which is the only pleading filed in state court and removed by this notice.

13.     Attached as Exhibit "6" is a true and correct copy of the Notice of Filing of Notice of Removal, which has been served with this document on all parties, and which will be contemporaneously filed with the Bexar County District Court, 408th Judicial District.

**CONCLUSION**

Defendant Union Pacific Railroad Company hereby removes the State Court Action from the 408th Judicial District Court of Bexar County, Texas, with all further activity to proceed in the United States District Court for the Western District of Texas, San Antonio Division.

WHEREFORE, Defendant prays that the State Court Action be removed from the District Court of Bexar County Texas, to this Court.

Dated this 16th day of July, 2021.

<div style="margin-left: 40%;">

Respectfully submitted,

*/s/ Jacquelyn V. Clark, Esq.*
**Jacquelyn V. Clark, Esq.**
State Bar No. 24069512
jvclark@up.com
**Daniel J. Gibson, Esq.** (*pro hac vice* pending)
State Bar No 24118124
djgibson@up.com
**Union Pacific Railroad Company**
24125 Aldine Westfield Road
Spring, TX 77373
Phone: (281) 350-7259
Fax: (402) 271-4693

**ATTORNEYS FOR DEFENDANT**
**UNION PACIFIC RAILROAD COMPANY**

</div>

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing document was forwarded to all counsel of record on this the 16th day of July, 2021 pursuant to the Federal Rules of Civil Procedure.

<div style="margin-left: 40%;">

*/s/ Jacquelyn V. Clark, Esq.*
**Jacquelyn V. Clark, Esq.**

</div>

EXHIBIT 1

**Exhibit 1** Index of Exhibits to Notice of Removal;
**Exhibit 2** Civil Cover Sheet;
**Exhibit 3** Certified Copy of State Court Action Docket Sheet;
**Exhibit 4** Plaintiff Le'Marc Holcombe's Original Petition; and,
**Exhibit 5** Return of Service for Defendant Union Pacific Railroad Company, dated June 24, 2021.
**Exhibit 6** Notice of Filing of Notice of Removal

EXHIBIT 2

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Le'Marc Holcombe | Union Pacific Railroad Company |

| **(b)** County of Residence of First Listed Plaintiff   Bexar County, Texas | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Joshua H. Sisam, Sisam & Associates, 110 Industrial Dr., Boerne, TX 78006 | Jacquelyn V. Clark, 1400 Douglas Street, MS 1580 Omaha, NE 68179 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☒ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers' Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury <br> ☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - Product Liability <br> ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability <br> ☐ 368 Asbestos Personal Injury Product Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br> **INTELLECTUAL PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated New Drug Application <br> ☐ 840 Trademark <br> ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and Corrupt Organizations <br> ☐ 480 Consumer Credit (15 USC 1681 or 1692) <br> ☐ 485 Telephone Consumer Protection Act <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ Accommodations <br> ☒ 445 Amer. w/Disabilities - Employment <br> ☐ 446 Amer. w/Disabilities - Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - Conditions of Confinement | **LABOR** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Management Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement Income Security Act <br><br> **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration Actions | **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br><br> **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff or Defendant) <br> ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision <br> ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1331, 1332(a), and 1441(b);

Brief description of cause:
Alleged violation of Title VII of the Civil Rights Act of 1964

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ | CHECK YES only if demanded in complaint: <br> JURY DEMAND: ☐ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

JUDGE    *Jacquelyn V. Clark*   Signature of Representative

DATE    07/16/2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

EXHIBIT 3

**408th District Court**

## Case Summary

**Case No. 2020CI24074**

| | | | |
|---|---|---|---|
| LE MARC HOLCOMBE VS UNION PACIFIC RAILROAD COMPANY | § § | Location: | **408th District Court** |
| | | Filed on: | **12/16/2020** |

---

### Case Information

| | |
|---|---|
| Case Type: | EMPLOYMENT-DISCRIMINATION |
| Case Status: | **12/16/2020   Pending** |

---

### Assignment Information

**Current Case Assignment**
Case Number    2020CI24074
Court              408th District Court
Date Assigned  12/16/2020

---

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **HOLCOMBE, LE MARC** | **SISAM, JOSHUA H** *Retained* |
| **Defendant** | **UNION PACIFIC RAILROAD COMPANY** | |

---

### Events and Orders of the Court

| | |
|---|---|
| 12/16/2020 | New Cases Filed (OCA) |
| 12/16/2020 | PETITION |
| 05/28/2021 | REQUEST FOR SERVICE AND PROCESS |
| 06/22/2021 | **Citation** UNION PACIFIC RAILROAD COMPANY Unserved |

EXHIBIT 4

## 2020CI24074

CAUSE NO. _____

| | | |
|---|---|---|
| LE'MARC HOLCOMBE | § | IN THE DISTRICT COURT |
|     PLAINTIFF | § | |
| | § | |
| | § | 408th JUDICIAL DISTRICT |
| V. | § | |
| | § | |
| UNION PACIFIC RAILROAD COMPANY | § | |
|     DEFENDANT | § | BEXAR COUNTY, TEXAS |

---

### PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Plaintiff, LE'MARC HOLCOMBE (hereinafter, "**Mr. Holcombe**") and files his Original Petition, respectfully showing unto the Court the following:

### I.    PARTIES

1.    Mr. Holcombe is an individual and a resident of Bexar County.

2.    Defendant, Union Pacific Railroad Company, (hereinafter, "**Union Pacific**") is a Delaware corporation registered to do business in Texas. Union Pacific can be served at the office of its registered agent: (1) C T Corporation System, located at 1999 Bryan St., Ste. 900 Dallas Texas 75201; or (2) any other place where C T Corporation System can be found.

### II.  DISCOVERY LEVEL

3.    Plaintiff selects Discovery Level 2.

### II.    JURISDICTION AND VENUE

4.    This Court has jurisdiction because Plaintiff requests damages and remedies within the jurisdictional limits of the Court. Plaintiff seeks monetary relief of over $100,000.00 but less than $1,000,000.00 including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney's fees.

5.      Venue is proper in Bexar County pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1) because all or a substantial part of the events and omissions giving rise to these claims occurred in Bexar County.

### III.      BACKGROUND & FACTS

6.      Mr. Holcombe was an employee of Union Pacific for many years until he was constructively fired due to the hostile work environment that arose specifically regarding Mr. Holcombe's race.

7.      Mr. Holcombe is African American, and experienced continuous racially charged comments, threats, slurs, property vandalism, and job restrictions (the "Harassment"), all of which Mr. Holcombe reported to his superiors at Union Pacific in compliance with internal procedure. Mr. Holcombe's superiors did not take the Harassment seriously, nor was a proper internal investigation done regarding the same. In fact, it was not uncommon for Mr. Holcombe to set up an appointment with his superiors to discuss the Harassment, only for no one to attend the meetings. Mr. Holcombe also became aware of Harassment directed at fellow African American employees however, their claims were similarly dismissed off hand.

8.      After exhausting all internal procedures, Mr. Holcombe filed several complaints with the U.S. Equal Employment Opportunity Commission ("EEOC Complaints"). When Union Pacific found out about the EEOC Complaints, Mr. Holcombe's situation at work worsened. He received internal threats and experienced additional and increased Harassment regarding the EEOC Complaints and was told he would be terminated if he continued filing EEOC Complaints.

9.      Eventually, Mr. Holcombe realized that his only options were to: (1) resign; or (2) to continue working in an openly hostile and racially discriminatory work environment full of daily Harassment. Faced with this impossible choice, Mr. Holcombe was forced to resign.

10.     The EEOC Complaints were ultimately denied and such denial was received on September 24, 2020, and Mr. Holcombe now brings this suit in an attempt to remedy the Harassment and subsequent damages he experienced as a direct result thereof.

### IV.  CAUSES OF ACTION[1]

11.     All conditions precedent to Plaintiff's recovery have occurred or have been waived, excused, or otherwise satisfied. All notices required have been provided or were waived, excused, or otherwise satisfied.

12.     Plaintiff repeats and incorporates the allegations set forth above in Paragraphs 1-11 in support of each of the causes of action identified below.

### A.  Race Based Employment Discrimination- Violations of Title VII, The Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act ("Title VII")

13.     Title VII applies to employers, such as Union Pacific, who have 15 or more employees. Under Title VII, Union Pacific was prohibited from discriminating against Mr. Holcombe, or treating him differently from other employees based on his race, color, national origin, sex, and/or religion. Union Pacific violated Title VII when it engaged in disparate treatment of Mr. Holcombe solely on the basis of his race, color, or national origin, and further violated Title VII by allowing and even encouraging the Harassment even after Mr. Holcombe reported the Harassment.   Standing alone, the Harassment was severe and pervasive enough so as to be actionable. Mr. Holcombe seeks judgment against Union Pacific for all of his actual damages, consequential damages, pre- and post-judgment interest, court costs, and attorneys' fees.

### B.  Retaliation After Employee Engages in a Protected Activity Under Title VII

---

[1] All claims and causes of action are plead in the alternative to the extent necessary.

14.     Union Pacific further violated Title VII when it retaliated against Mr. Holcombe by engaging in, or allowing other employees including Mr. Holcombe's superiors to engage in, in increased Harassment after he: (1) filed internal complaints regarding the Harassment; and (2) later filed the EEOC Complaints—protected activities under Title VII. Eventually, the Harassment escalated to the point where Mr. Holcombe could no longer endure the hostile work environment and was forced to resign. Mr. Holcombe seeks judgment against Union Pacific for all of its actual damages, consequential damages, pre- and post-judgment interest, court costs, and attorneys' fees.

## V. ATTORNEY'S FEES & COSTS

15.     Plaintiff is entitled to recover its attorney's fees and costs pursuant to Title VI., 42 U.S.C, § 2000e-5(k).

## PRAYER

16.     WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court enter a judgment against Union Pacific awarding Plaintiff all relief requested herein as well as all such other and further relief, both general and special, at law and in equity, to which Plaintiff may be justly entitled.


Respectfully submitted,


By:     */s/ Le'Marc Holcombe*
          Le'Marc Holcombe
          Pro Se Plaintiff

EXHIBIT 5

 CT Corporation

**Service of Process Transmittal**
06/24/2021
CT Log Number 539790313

TO:     Tammy Potter
        Union Pacific Railroad Company
        1400 Douglas St
        Omaha, NE 68179-0002

RE:     **Process Served in Texas**

FOR:    Union Pacific Railroad Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LE'MARC HOLCOMBE, Pltf. vs. UNION PACIFIC RAILROAD COMPANY, Dft. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2020CI24074 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/24/2021 at 11:08 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/24/2021, Expected Purge Date: 06/29/2021 |
| | Image SOP |
| | Email Notification,  Tammy Potter  trpotter@up.com |
| | Email Notification,  Eeo Intake  eeo.intake@up.com |
| | Email Notification,  Betsy Gassaway  bsgassaw@up.com |
| | Email Notification,  Sarah Rief  sjrief@up.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process Transmittal**
06/24/2021
CT Log Number 539790313

**TO:**   Tammy Potter
Union Pacific Railroad Company
1400 Douglas St
Omaha, NE 68179-0002

**RE:**   **Process Served in Texas**

**FOR:**   Union Pacific Railroad Company  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**                          Thu, Jun 24, 2021

**Server Name:**                   Matthew Foster

| Entity Served | UNION PACIFIC RAILROAD COMPANY |
|---|---|
| Case Number | 2020CI24074 |
| Jurisdiction | TX |



PRIVATE PROCESS

**Case Number:  2020CI24074**

LE MARC HOLCOMBE VS UNION PACIFIC RAILROAD
COMPANY
(Note: Attached Document May Contain Additional Litigants)

IN THE **408TH DISTRICT COURT**

BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To:   **UNION PACIFIC RAILROAD COMPANY**
                 **BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **ORIGINAL PETITION** was filed on the **16th day of December, 2020.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 22nd day of June, 2021.

JOSHUA H SISAM

**ATTORNEY OF PETITIONER**

**110 INDUSTRIAL DR**
**BOERNE TX  78006-3305**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

By: /s/ _Alexandra Johnson_
 Alexandra Johnson, Deputy

---

LE MARC HOLCOMBE VS UNION PACIFIC RAILROAD
COMPANY

Case Number: 2020CI24074

**408th District Court**

**Officer's Return**

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M. at _____ or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas
BY: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My  name  is  _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**

EXHIBIT 6

**CAUSE NO. 2020CI24074**

| | | |
|---|---|---|
| LE'MARC HOLCOMBE | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| | § | 408th JUDICIAL DISTRICT |
| V. | § | |
| | § | |
| UNION PACIFIC RAILROAD | § | BEXAR COUNTY, TEXAS |
| COMPANY | § | |
| DEFENDANT | § | |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
NOTICE OF FILING OF NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Union Pacific Railroad Company ("Defendant") hereby files this Notice of Filing Notice of Removal. Pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), Defendant has removed this action because the amount in controversy is greater than $75,000 and complete diversity of citizenship exists. Additionally, removal is based upon federal question jurisdiction under 28 U.S.C. §§ 1331.

A copy of Defendant's Notice of Removal is attached hereto as **Exhibit A**, together with the following exhibits to the Notice of Removal:

**Exhibit 1** Index of Exhibits to Notice of Removal;

**Exhibit 2** Civil Cover Sheet;

**Exhibit 3** Certified Copy of State Court Action Docket Sheet;

**Exhibit 4** Plaintiff Le'Marc Holcombe's Original Petition; and,

**Exhibit 5** Return of Service for Defendant Union Pacific Railroad Company, dated June 24, 2021.

**Exhibit 6** Notice of Filing Notice of Removal.

Respectfully submitted,

**Daniel J. Gibson, Esq.**
State Bar No 24118124
djgibson@up.com
**Jacquelyn V. Clark, Esq.**
State Bar No. 24069512
jvclark@up.com
**Union Pacific Railroad Company**
24125 Aldine Westfield Road
Spring, TX 77373
Phone: (281) 350-7259
Fax: (402) 271-4693

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been forwarded to the counsel of record through the Court's electronic filing system on this 16th day of July, 2021.

**Daniel J. Gibson**